

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00487-CR

**EX PARTE** Rogelio Contreras **SORIANO**

From the County Court, Kinney County, Texas
Trial Court No. 10435CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's brief is due on September 28, 2022. Before the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is granted. Appellant's brief is due on November 28, 2022. *See* TEX. R. APP. P. 38.6(d). Any further motion for an extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court